IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARLEY EAST, )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>   Defendant. ) | CASE NO.  3:04cv624-F<br>        WO |

# **ORDER**

On April 7, 2005, the Magistrate Judge filed a Recommendation (Doc. #22) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1.  The Recommendation is hereby adopted;

2.  The Commissioner's decision that East's impairment does not meet or equal a listing, specifically listing 5.05(B) of 20 C.F.R. § 404, Subpt. P, App. 1, is REVERSED, and East shall be awarded benefits in accordance with listing 5.05(B), such award to be retroactive to August 19, 2002;

3.  The Commissioner's decision that East's obesity is not a severe impairment is REVERSED and REMANDED for further proceedings consistent with the Recommendation and ruling 02-01p; and

4.  The Commissioner's decision, with respect to each of East's impairments and his

RFC, is REVERSED and REMANDED for further proceedings consistent with the Recommendation and ruling 02-01p.

Done this the 4th day of May, 2005.

                                      /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE