IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARLEY EAST, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>  Defendant. ) | CASE NO. 3:04-cv-624-F<br>              WO |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

(1) The Commissioner's decision that Plaintiff's impairment does not meet or equal a listing, specifically listing 5.05(B) of 20 C.F.R. § 404, Subpt. P, App. 1, is REVERSED, and Plaintiff shall be awarded benefits in accordance with listing 5.05(B), such award to be retroactive to August 19, 2002;

(2) The Commissioner's decision that Plaintiff's obesity is not a severe impairment is REVERSED and REMANDED for further proceedings consistent with the Recommendation entered on April 7, 2005, and ruling 02-01p;

(3) The Commissioner's decision, with respect to each of Plaintiff's impairments and his RFC, is REVERSED and REMANDED for further proceedings consistent with the Recommendation entered on April 7, 2005 and ruling 02-

    01p; and

(4)   Costs are taxed against Defendant for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of May, 2005.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE